Bruce C. Funk (CSBN 122340)
LAW OFFICE OF BRUCE C. FUNK
46 W. Santa Clara Street
San Jose, CA 95113
Tel: (408) 280-6488
Fax: (408) 286-3139

Counsel for Defendant
Kartiki Parekh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> NAMRATA PATNAIK and KARTIKI PAREKH, <br><br> Defendants. | Case No. 22-CR-00014 BLF <br><br> **DEFENDANT KARTIKI PAREKH'S NOTICE OF JOINDER AND JOINDER TO CO-DEFENDANT NAMRATA PATNAIK'S REPLY TO GOVERNMENT OPPOSITION TO MOTION TO DISMISS THE INDICTMENT** <br><br> Date: January 24, 2023 <br> Time: 9:00 a.m. <br> Dept.: Courtroom 3 <br> Judge: Hon. Beth Labson Freeman |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 24, 2023, at 9:00 a.m. in Courtroom 3, 5th Floor, of the U.S. District Court for the Northern District of California, San Jose Division, located at 280 S. First Street, San Jose, CA 95113, Defendant Kartiki Parekh joins in co-defendant Namrata Patnaik's Reply to Government Opposition to Motion to Dismiss the Indictment.

Dated: December 20, 2022                           Respectfully submitted,

                                                                                   /s/ *Bruce C. Funk*
                                                         Bruce C. Funk, Attorney for
                                                         Defendant, Kartiki Parekh