Bruce C. Funk (CA SBN 122340)
LAW OFFICE OF BRUCE C. FUNK
46 West Santa Clara Street
San Jose, CA 95113
Tel: (408) 280-6488
Fax: (408) 286-3139

Counsel for Defendant
Kartiki Parekh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NAMRATA PATNAIK and KARTIKI PAREKH,<br><br>Defendants. | Case No. 22-CR-00014 BLF<br><br>**DEFENDANT KARTIKI PAREKH'S UNOPPOSED ADMINISTRATIVE MOTION AND [~~PROPOSED~~] ORDER TO TEMPORARILY MODIFY PRETRIAL RELEASE CONDITIONS** |

    Defendant, Kartiki Parekh submits this unopposed administrative motion to temporarily modify her pretrial release condition that she must surrender any passports or other travel documents to Pretrial Services and must not apply for other passports or any other travel documents. Ms. Parekh has been compliant with her conditions of release for more than three years and has made all of her court appearances. Ms. Parekh's current Indian passport is in possession of Pretrial Services and is due to expire. Based on her status, Ms. Parekh would like to be able to have her passport renewed. In order to do so, she must temporarily have her passport released from Pretrial Services and then submitted to the Indian Consulate. Once it is renewed, the passport will then be returned to Pretrial Services within 48 business hours.

    Ms. Parekh is being supervised by Jessica Portillo and she has no objection to this request. AUSA Sarah Griswold has no objection to this request.

    Ms. Parekh has been compliant with Pretrial Services and, in fact, when the remittitur in this

DEFENDANT KARTIKI PAREKH'S ADMINISTRATIVE MOTION AND [~~PROPOSED~~] ORDER TO TEMPORARILY MODIFY PRETRIAL RELEASE CONDITIONS

1

case came down from the 9th Circuit and the US Attorney was scheduling the new court date, Ms. Parekh was in India visiting family. She returned from India for the court appearance and to be re-released on pretrial release.

Dated:  December 15, 2025                                          Respectfully submitted,

                                                                                        /s/ *Bruce C. Funk*
                                                                                   Bruce C. Funk, Attorney for
                                                                                   Defendant, Kartiki Parekh

**[~~PROPOSED~~] ORDER**

Based upon the motion filed by defense counsel, Pretrial Services may temporarily release Kartiki Parekh's passport so that it may be renewed. Upon completion of the renewal process, Ms. Parekh will return the passport to the custody of Pretrial Services within 48 business hours after it is returned to her.

IT IS SO ORDERED.

Dated:  December 16, 2025

Virginia K. DeMarchi
United States Magistrate Judge

DEFENDANT KARTIKI PAREKH'S ADMINISTRATIVE MOTION AND [~~PROPOSED~~] ORDER TO TEMPORARILY MODIFY PRETRIAL RELEASE CONDITIONS

3